**AFFADAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Meghan Ronayne, a Special Agent with Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed by HSI since August 2020 and I am currently assigned to the Office of the Special Agent in Charge ("SAC") New England in Boston, Massachusetts. I am assigned to the Child Exploitation and Forensics Group. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent; specifically, I received a certification in the Criminal Investigator Training Program and the HSI Special Agent Training Program.

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2251, 2252, and 2252A. I have conducted and participated in many investigations of violations of those statutes. I have also previously executed numerous federal search and arrest warrants in connection with these investigations. I have received training in the investigation of child pornography, child exploitation, and transportation of minors, and have had the opportunity

1

to observe and review examples of child pornography[1] (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

3.      I submit this affidavit in support of a criminal complaint charging Adam BURLEY ("BURLEY") (YOB 1983), of Columbus, Ohio with one count of advertising child pornography, in violation of 18 U.S.C. § 2251(d).

4.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based in part on my personal knowledge, information obtained during my participation in this investigation, information from others, including law enforcement officers, my review of documents and computer records related to this investigation, and information gained through my training and experience.

## STATEMENT OF PROBABLE CAUSE

### Background on TARGET WEBSITE

5.      As part of an ongoing child exploitation operation, HSI Boston actively investigates individuals who advertise, distribute, and access with intent to view child sexual abuse images and videos on various dark web sites.[2]

---

[1] Child pornography" is a term defined by statute as "any visual depiction . . . of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct." *See* 18 U.S.C. § 2256(8)(A).  In recent years, child pornography has been more widely referred to as "child sexual abuse material" or "CSAM," including by law enforcement and the National Center for Missing and Exploited Children ("NCMEC").  Where I use that term in this Affidavit, it is to refer to child pornography as defined by federal statute.

[2] The dark web is comprised of a variety of networks, such as Tor, that exist on a portion of the internet accessible only through specific software, such as the Tor browser (a legal and publicly available free application). One of the key features of dark web networks like Tor is the anonymity it offers both users of the network and individuals or entities that host sites on the network, which are also referred to as hidden services.

6.      The TARGET WEBSITE[3] is a Tor hidden service chat site dedicated to child pornography featuring boys and girls from infancy through 16 years old. The TARGET WEBSITE has been operating ███████████████████. Through the course of ongoing undercover operations, I am familiar with the TARGET WEBSITE and know that this site requires individuals to create a username and password in order to gain access to the site. ███████████████ ████████████████████████. ████████████████████████; ██ ████████████████████████████. Upon creating an account, users are instructed about the rules of the site.

### BURLEY'S Activity on the TARGET WEBSITE

7.      HSI Boston Special Agents have identified Adam BURLEY as an individual who has engaged in the advertisement of child pornography on the TARGET WEBSITE using the SUSPECT USER account.[4]

8.      BURLEY was observed on the TARGET WEBSITE beginning on or about ███████. I am aware from law enforcement's involvement in dark web child pornography investigations that BURLEY has posted approximately █████ messages and has shared approximately ██████ related to child sexual abuse material to the TARGET WEBSITE from ███████ to the present.

---

[3] The name and URL of the TARGET WEBSITE are known to law enforcement but redacted herein to protect the integrity of ongoing investigations into users of the site.

[4] This username is known to law enforcement but redacted here to protect the integrity of the ongoing international investigation into other users of Website A who may be familiar with this particular user. Based on the identification outlined below, I refer to the SUSPECT USER as BURLEY throughout this affidavit.

9.    During that timeframe, BURLEY advertised at least 27 files of child pornography on the TARGET WEBSITE: two on ███████, one on ███████, four on ███████, and 20 on ███████.

10.    Based on my training and experience, I am aware that users of TARGET WEBSITE are advertising CSAM as it is a chat based dark web site, where an average of hundreds of users are online at any given time. Additionally, when an image or video of CSAM is posted in the main chat on the TARGET WEBSITE, it is visible to all users online at that time and other users are able to comment on the image and/or like the image.  When posting CSAM images or videos on TARGET WEBSITE in the main chat, the SUSPECT USER is publishing the image for all of the users of TARGET WEBSITE to view, receive and save to their own device. When a user clicks the image, the image opens in a new window and is enlarged.

11.    On ███████ an HSI Boston Special Agent acting in an undercover capacity (hereinafter, the "UC") logged into the TARGET WEBSITE from the Boston, Massachusetts field office.  The UC reviewed the TARGET WEBSITE and located the individual using the SUSPECT USER account. The following are examples of posts by BURLEY on the same date in which he advertised child pornography:

a.    BURLEY posted a GIF[5] with the description ███████ in the main chat. The GIF depicted a fully nude child, who appeared to be between the age of 8 to 12 years old based on the overall size of the child's body, leaning against a bed. The GIF further depicted an adult male rubbing his erect penis against the child's buttocks and anal area.

---

[5] A GIF, or Graphics Interchange Format, is a digital image file format capable of displaying a static image or a short-animated sequence, typically without audio. Animated GIFs often loop automatically and repeat the same sequence of images.

At the time the UC observed and preserved the GIF posted by the BURLEY, it had ██

████ .

      b.     BURLEY posted another image in the main chat depicting a female toddler lying on her back wearing a navy-blue sweatshirt with the phrase ████████████ in ████████████ . The toddler had blonde hair and blue eyes and had a white pacifier in her mouth. The toddler was nude from the waist down, with her legs spread open. Her genital and anal areas were the focal point of the image. At the time the UC observed and preserved the image, it had ████████ .

12.     On ████████████ , another HSI Boston Special Agent acting in an undercover capacity (hereinafter, "UC 2"), logged into the TARGET WEBSITE from the Boston, Massachusetts field office. UC 2 ████████████████████████████ of the TARGET WEBSITE and located an image depicting CSAM that was posted by BURLEY. This image indicated that ████████ ████████████ ██ ████ When UC 2 ████████ ████████████████████ posted by BURLEY. This image depicts a nude male toddler who appeared to be approximately one to three years old with his legs spread apart, exposing his penis. Only part of the nude male infant is visible; part of the torso, part of the legs, and his genitals. What appears to be an adult male's hand is resting on the thighs of the child, with two fingers on either side of the toddler's penis.

13.     On ████████████ , the UC logged into the TARGET WEBSITE from the Boston, Massachusetts field office. The UC observed BURLEY greeting and interacting with other users. The UC also observed that BURLEY had posted numerous files depicting CSAM. One such image is described below:

a.      The image depicted a male toddler lying down wearing only a diaper. The diaper was pulled aside, fully exposing the toddler's genitals. The toddler's legs were raised and spread apart. An adult hand was visible in the image, with one finger positioned near the toddler's genitals and another hand/finger touching or holding part of the diaper. A second male toddler's face was visible in the upper-right portion of the image.

14.      On the same date, BURLEY posted another image depicting a fully nude male toddler sitting on a ▮▮▮▮▮▮▮▮ with a blue pacifier in his mouth. BURLEY included text with the image, that read, ▮▮▮▮▮▮▮▮▮." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ BURLEY ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ stating, "Not mine but I'd turn him into a little screaming pocket pussy."

15.      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ BURLEY sent a message stating, "the first little boy I properly fucked was around this age. He was already "experienced" – and his daddy sold him to me for the night. I returned him freshly-used with cum dripping into his diaper" along with two images described as follows:

a.      The first image depicted a fully nude male toddler lying on a pink and white checkered blanket. The toddler appears to be approximately two to three years of age based on his overall body size and development. A diaper was visible underneath the child's buttocks but was not being worn. The toddler's arm covered his eyes, and he was holding a bottle of milk in his other hand. The toddler's genitals were visible in the image.

b.      The second image appeared to depict the same male toddler, based on the visible diaper and pink and white checkered blanket in the background. The image was a close up of the toddler's genitals and buttocks. Part of the toddler's torso was visible, and

6

one leg appeared to be raised while the other was positioned down against the bed or blanket.

16. ███████████████████████████████████████ BURLEY ███████, "that's not him, just about the same size/age. Mine was a little brown boy."

**Identification of BURLEY as the Operator of the SUSPECT USER Account**

17. On or about July 14, 2026, HSI Boston received a report from a foreign law enforcement agency that, while investigating users of the TARGET WEBSITE, they discovered an Internet Protocol (IP) address associated with the individual using the SUSPECT USER account. The lead indicated that on July 10, 2026, 20:58:35 UTC +2, the individual using the BURLEY account accessed the TARGET WEBSITE from IP address ███████████ (the "Subject IP Address").

18. On July 14, 2026, HSI issued a summons to Breezeline for the Subject IP address, which provided the subscriber as Adam BURLEY at a residence in Gahanna, Ohio (the "SUBJECT PREMISES"), an associated email address of [redacted]burley@gmail.com, and a phone number of XXX-XXX-2326 (the "2326 number").

19. On or about July 21, 2026, Google provided records in response to an administrative subpoena for [redacted]burley@gmail.com. Those records showed that the Subject IP Address accessed the account as recently as July 21, 2026, and identified the subscriber as Adam Burley. Google records also associated the account with alternate email address adam@digitalcave.org, and the 2326 number as the recovery SMS number.

20. I have reviewed Ohio Law Enforcement Gateway ("OHLEG") records that identify Adam BURLEY, year of birth 1983, as residing at the SUBJECT PREMISES and include a photograph of BURLEY. OHLEG records also identify vehicles registered to BURLEY, including

a 2019 blue Honda Accord, Ohio registration ███████, and a 2012 silver Honda Odyssey, Ohio registration ██████, registered to BURLEY and █████████ at the SUBJECT PREMISES.

21.    Franklin County, Ohio Clerk's Office records further show that Adam BURLEY and █████████ are the current owners of the SUBJECT PREMISES and have owned the property since on or about October 29, 2025.

22.    USPS representatives advised on or about July 30, 2026, that BURLEY currently receives mail at the SUBJECT PREMISES and received packages there on or about April 30, 2026, May 5, 2026, and June 5, 2026. USPS business records attributed to the Subject IP Address also indicated that the Subject IP Address was being used to track a parcel destined for the SUBJECT PREMISES.

23.    On or about July 28, 2026, PayPal provided records in response to an administrative subpoena for BURLEY, which showed that the Subject IP Address was used to make a purchase on or about June 1, 2026, from an account in the name Adam Burley, associated with [redacted]burley@gmail.com and the 2326 number, with a shipping address at the SUBJECT PREMISES.

24.    I have also reviewed publicly available online profiles associated with BURLEY, including professional and social media profiles, which contain photographs appearing to depict the same individual shown in the OHLEG records. A LinkedIn profile belonging to BURLEY provide his employment information as a Senior Systems Engineer at █████████ in Columbus, OH from July 2019 through the present. █████████ public website identifies "Adam B." as a Systems Engineer, with a photo of BURLEY.

25.    I have also reviewed a publicly available GitHub profile associated with BURLEY. The profile listed the name "Adam Burley" and the username "adamburley." The profile picture

depicted BURLEY. In the picture, a male infant was visible in an infant hiking carrier on BURLEY's back. The profile included the following text: "Senior Systems Engineer at ███████████. Work mostly in Microsoft 365, Azure, PowerShell. Father, partner, advocate." The profile listed employment as "███████████" and a location of "Columbus, OH."

26.     Based on the foregoing, there is probable cause to believe that BURLEY is the individual who accessed the TARGET WEBSITE using the SUSPECT USER account.

## Search Warrant at the SUBJECT PREMISES

27.     On or about August 12, 2026, HSI agents obtained a federal warrant to search BURLEY's residence and person.  *See* 26-mj-00506-KAJ and 26-mj-00507-KAJ.

28.     On August 12, 2026, HSI New England, HSI Columbus, and Franklin County ICAC Unit and SWAT Team executed the warrant.

29.     During the execution of the search warrant law enforcement seized over twenty devices, including but not limited to approximately ten laptops, four external hard drives, four cellular telephones, and one personal server.

30.     Law enforcement conducted a Mirandized, audio- and video-recorded interview with BURLEY. During the interview, BURLEY stated that all devices seized by law enforcement belonged to him and that he was their sole user. He confirmed that Breezeline was his internet service provider and that the email address [redacted]burley@gmail.com and the telephone number XXX-XXX-2326 (the "2326 number") were his. BURLEY stated that he works as an IT consultant and uses TOR both professionally and personally on his work and personal devices. He affirmed that he understands what child pornography is and admitted that he has previously

encountered it on the dark web. Specifically, BURLEY stated that while on 4Chan[6] he saw a link advertising a dark web onion address, clicked on it out of curiosity, and upon navigating to the site observed child pornography. When asked when he last saw child pornography on the dark web or via TOR, BURLEY declined to answer and invoked his right to counsel, ending the interview.

31.    Law enforcement performed an initial forensic preview of digital devices seized at BURLEY's residence. During their review of one of the first devices, a Samsung SSD external hard drive located in BURLEY's office, law enforcement recovered over a 1,000 image and video files of child pornography. The majority of the content viewed in these files onsite by law enforcement depicted children ranging in age from newborn infant to toddler and included both lascivious posing as well as anal and vaginal rape content. There were also images and videos featuring decapitated children ranging from infants to toddlers.

32.    The forensic review of the devices seized is ongoing.

## CONCLUSION

33.    Based on all of the foregoing, I submit there is probable cause to believe that on various dates from at least ████████ through ████████, BURLEY knowingly published a notice and advertisement offering to display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, knowing and having reason to know that such notice and advertisement would be transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including computer, and such notice and advertisement was actually transported using any means and facility of interstate and foreign commerce and in and affecting

---

[6] 4chan is an anonymous, image-based bulletin board website where users post comments and share pictures without registering accounts.

interstate and foreign commerce by any means, including computer, in violation of 18 U.S.C. § 2251(d).

Sworn to under the pains and penalties of perjury,

Meghan Ronayne, Special Agent
Homeland Security Investigations

Sworn before me telephonically pursuant to Fed. R. Crim. P. 4.1 this 12th day of August 2026.

HON. DONALD L. CABELL
U.S. MAGISTRATE JUDGE