CLOSED

# U.S. District Court
# Southern District of Ohio (Columbus)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-00512-KAJ-1

| | |
|---|---|
| Case title: USA v. Burley | Date Filed: 08/13/2026 |
| Other court case number: 26-mj-1371 USDC District of Massachusetts | Date Terminated: 08/14/2026 |

---

Assigned to: Magistrate Judge Kimberly A. Jolson

**Defendant (1)**

**Adam Burley**
*TERMINATED: 08/14/2026*

represented by **Brian David Joslyn**
Joslyn Law Firm
501 South High Street
Columbus, OH 43215
614-444-1900
Email: brian@joslynlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251.F | |

---

**Plaintiff**

**USA** represented by **Nicole Pakiz**
DOJ-USAO
303 Marconi Boulevard
Ste 200
Columbus, OH 43215
614-469-5715
Email: nicole.pakiz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2026 | | Arrest (Rule 40) of Adam Burley (jr) (Entered: 08/13/2026) |
| 08/13/2026 | 1 | Rule 5(c)(3) Documents Received as to Adam Burley (Attachments: # 1 Affidavit, # 2 Arrest Warrant) (jr) (Entered: 08/13/2026) |
| 08/13/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson: Initial Appearance in Rule 5(c)(3) Proceedings as to Adam Burley held on 8/13/2026. (Recorded By: CourtSmart) (jr) (Entered: 08/14/2026) |
| 08/13/2026 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Adam Burley (jr) (Entered: 08/14/2026) |
| 08/13/2026 | 4 | ORDER OF DETENTION PENDING REMOVAL as to Adam Burley. Signed by Magistrate Judge Kimberly A. Jolson on 8/13/26. (jr) (Entered: 08/14/2026) |
| 08/13/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Adam Burley. Defendant committed to District of Massachusetts. Signed by Magistrate Judge Kimberly A. Jolson on 8/13/26. (jr) (Entered: 08/14/2026) |

United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs- Case No. 2:26-mj-512

Adam Burley

# COURTROOM MINUTES
## Initial Appearance

| | | | |
|---|---|---|---|
| **U.S. Magistrate Judge Kimberly A. Jolson** | | **Date: August 13, 2026 @ 1:30 pm** | |
| **Deputy Clerk** | **Jessica Rector** | **Counsel for Govt:** | **Liz Geraghty** |
| **Court Reporter** | **CourtSmart** | **Counsel for Deft(s):** | **Brian Joslyn** |
| **Interpreter** | | **Pretrial/Probation:** | **John McCabe** |
| **Log In** | **1:36 pm** | **Log Out** | **1:40 pm** |

Defendant waives identity hearing.

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Defendant waives Detention & Preliminary Hearings.

Defendant ORDERED committed to the District of Massachusetts.

Government reminded of their obligation under the Due Process Protections Act.

Defendant remanded to USMS.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

___Southern District of Ohio__

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Adam Burley<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-mj-512<br><br>Charging District's Case No. 26-mj-1371 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Massachusetts Boston.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/13/26

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Brian Joslyn
*Printed name of defendant's attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case Number 2:26-mj-512

**ADAM BURLEY**,

Defendant.

ORDER OF DETENTION PENDING REMOVAL

Defendant, represented by counsel, waived his/her right to a detention hearing under 18 U.S.C. §3142 and agreed to be detained in the custody of the United States Marshal pending final resolution of this matter.[1]

It is therefore **ORDERED** that defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

August 13, 2026
(Date)

/s/ Kimberly A. Jolson
Kimberly A. Jolson
United States Magistrate Judge

[1] A detention hearing will be rescheduled upon written motion

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio at Columbus

United States of America
v.
Adam Burley
*Defendant*

Case No. 2:26-mj-512

Charging District's Case No. 26-mj-1371

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ______ District of Massachusetts,
*(if applicable)* Boston division. The defendant may need an interpreter for this language:
______.

The defendant: ☒ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 8/13/2026

/s/ Kimberly A. Jolson
*Judge's signature*

Kimberly A. Jolson, United States Magistrate Judge
*Printed name and title*