**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ADAM BURLEY,**<br><br>**Defendant.** | **Case No. 1:26-MJ-01371-DLC** |

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE INTIAL APPEARANCE**

Defendant Adam Burley, by and through undersigned counsel of record, hereby respectfully moves the Court to issue an order continuing his October 5, 2026, Initial Appearance in this District to November 20, 2026. Counsel for the Government has notified undersigned counsel that it does not oppose this continuance. In support of this motion, Mr. Burley states:

1. On August 12, 2026, a Complaint was filed in this matter against Defendant Adam Burley.

2. On or about August 12, 2026, Mr. Burley was arrested in the Southern District of Ohio. On or about August 13, 2026, Mr. Burley appeared before Magistrate Judge Kimberly A. Jolson in the Southern District of Ohio for an initial appearance in Fed. R. Crim. P. 5(c)(3) proceedings. (*See* ECF No. 8). On the same date Mr. Burley was ordered detained pending his removal to this district. (*Id.*).

3. On August 18, 2026, Mr. Burley's Rule 5(c)(3) documents were received by this Court. (*Id.*). Thereafter, the Court set Mr. Burley's Initial Appearance in this District for October 5, 2026, at 10:00 a.m.

4. To allow Mr. Burley's counsel time to review this matter and confer with the Government, Mr. Burley respectfully requests that the Court continue his Initial Appearance in this District until November 20, 2026. Counsel has contacted the Government who does not oppose this continuance.

5. Counsel assert that they have advised Mr. Burley of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., and he knowingly and voluntarily waives his rights in connection with the Speedy Trial Act—including the timely filing of an Indictment or Information after arrest afforded under 18 U.S.C. § 3161(b). Counsel further submits that this motion is not made for the purpose of delaying a speedy resolution of this matter, but rather it is necessary to allow counsel to provide effective representation in this matter. Mr. Burley agrees that the ends of justice would be served by granting a continuance of the Initial Appearance in this District and outweigh his interest in a speedy resolution of this matter.

6. Therefore, counsels submits that a continuance of the Initial Appearance in this District is consistent with the ends of justice and outweighs the interest of the public and Mr. Burley in a speedy appearance before a magistrate judge in this district and is otherwise consistent with the factors set forth in 18 U.S.C. § 3161.

WHEREFORE, Defendant Adam Burley respectfully requests that the Court issue an order continuing his Initial Appearance in this District to November 20, 2026. The defendant, after consultation with counsel, knowingly and voluntarily agrees that this period of delay until November 20, 2026, shall be excluded from the computation of time under the Speedy Trial Act.

Respectfully submitted,

Dated: September 30, 2026

*/s/ Kaitlyn Gerber*

KAITLYN GERBER (MA BBO #710505)
DYNAMIS LLP
175 Federal Street, Suite 1200

Boston, Massachusetts 02110
(617) 221-4196
kgerber@dynamisllp.com

Michael J. Hunter (OH 0076815) (*pro hac vice*)
FLANNERY | GEORGALIS, LLC
175 S. Third Street, Suite 285
Columbus, Ohio 43215
(614) 324-4139
mhunter@flannerygeorgalis.com

Brian D. Joslyn (OH 0087356) *(pro hac vice*)
Joslyn Law Firm
501 S. High Street
Columbus, Ohio 43215
(614) 444-1900
brian@joslynlawfirm.com

*Counsel for Defendant Adam Burley*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I filed the foregoing document through the Court's CM/ECF system. Notice of this filing will automatically be sent to all counsel of record via the CM/ECF system.

*/s/ Kaitlyn Gerber*
KAITLYN GERBER (MA BBO #710505)

*Counsel for Defendant Adam Burley*